Sean P. DeBruine (SBN 168071)
ALSTON & BIRD LLP
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, California  94306
Telephone:     650-838-2000
Facsimile:      650-838-2001
sean.debruine@alston.com

Kirk T. Bradley (applying *pro hac vice*)
ALSTON & BIRD LLP
101 South Tryon Street, Suite 4000
Charlotte, North Carolina  28280-4000
Telephone:     (704) 444-1000
Facsimile:      (704) 444-1111

Attorneys for Defendant
VISTEON CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXT INNOVATION, LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>VISTEON CORPORATION,<br><br>　　　　　Defendant. | Case No. 3:09-cv-00804-JCS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT'S TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |

　　　　WHEREAS, Plaintiff NEXT INNOVATION, LLC ("Plaintiff") filed its Complaint against Defendant VISTEON CORPORATION ("Defendant") on February 24, 2009, and served it on Defendant on March 4, 2009;

　　　　WHEREAS, Defendant is currently scheduled to answer or otherwise respond to the Complaint by March 24, 2009;

　　　　WHEREAS, there have been no prior stipulations or requests for extension of time to respond to the Complaint;

　　　　WHEREAS, counsel for Defendant recently was retained to represent Defendant in this action,

JOINT STIPULATION AND [PROPOSED] ORDER
TO EXTEND DEFENDANT'S TIME TO ANSWER
OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

1

Case No. 3:09-cv-00804-JCS

1  and Defendant requires additional time to prepare its response to the Complaint; and

2      WHEREAS, Plaintiff has agreed to extend the time for Defendant to answer or otherwise

3  respond to the Complaint by thirty (30) days, up to and including April 23, 2009;

4      NOW THEREFORE, pursuant to Civil Local Rule 6-1, the parties hereby stipulate and agree as

5  follows:

6      Defendant Visteon Corporation shall have until April 23, 2009 to answer or otherwise respond to

7  Plaintiff's Complaint.

Dated:  March 20, 2009                    DERGOSITS & NOAH LLP


By: _____/s/_____
          Michael E. Dergosits

Attorneys for Plaintiff
NEXT INNOVATION, LLC


Dated:  March 20, 2009                    ALSTON + BIRD LLP


By: _____/s/_____
          Sean P. DeBruine

Attorneys for Defendant
VISTEON CORPORATION


THE FOREGOING STIPULATION IS APPROVED
AND IT IS SO ORDERED.

DATED:   March __23__, 2009

_____
UNITED STATES MAGISTRATE JUDGE

*(Signature and seal of Judge Joseph C. Spero, United States District Court, Northern District of California)*

**CERTIFICATION OF CONCURRENCE**

I attest under penalty of perjury and pursuant to General Order No. 45 that concurrence in the filing of this document has been obtained from Michael E. Dergosits.

/s/
Sean P. DeBruine

JOINT STIPULATION AND [PROPOSED] ORDER
TO EXTEND DEFENDANT'S TIME TO ANSWER
OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

3

Case No. 3:09-cv-00804-JCS