UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEXT INNOVATION,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>VISTEON CORPORATION,<br><br>　　　　Defendant(s). | Case No.  C09-0804 JCS<br><br>**ORDER TO ADMINISTRATIVELY CLOSE THIS ACTION** |

　　　On May 28, 2009, Defendant Visteon filed a Notice of Automatic Stay in Bankruptcy.

　　　IT IS HEREBY ORDERED that based on the Notice of Bankruptcy filing, the clerk shall administratively close this case.

　　　IT IS SO ORDERED.

Dated: June 8, 2009

_____
JOSEPH C. SPERO
United States Magistrate Judge